AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Alfredrick Love

**V.**                                                    **JUDGMENT IN A CIVIL CASE**

LE Scribner

**CASE NUMBER:**   06cv640 WQH(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
Adopting  Report and Recommendations, denying Motion for Miscellaneous Relief filed by Alfredrick Love. The Clerk of the Court enters judgment in favor of Respondent and closes the district court case file.

| January 19, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

G Cazares

(By) Deputy Clerk

ENTERED ON January 19, 2007